```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN SANCHEZ, *on behalf of himself and all other persons similarly situated*,

            Plaintiff,

v.

KF TEA USA INC.,

            Defendant.

21-CV-4039 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 5, 2021, Plaintiff Cristian Sanchez brought this action alleging violations of the Americans with Disabilities Act. On June 9, 2021, the Court extended Defendant's time to answer the Complaint by thirty days. Dkt. 10. The Court did so again on July 9, 2021, Dkt. 13, and a third time on August 9, 2021, Dkt. 19.

Defendant has not yet filed an answer or otherwise responded to the Complaint. It shall do so by September 21, 2021. Failure to do so may result in an entry of default.

SO ORDERED.

Dated:    September 14, 2021
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge